BELTING AND MACHINERY COMPANY, Respondent, *v.* CITY OF CORNING, Appellant.

*Belting & Machinery Co.* v. *City of Corning,* 164 App. Div. 969, affirmed.

(Argued May 7, 1917; decided May 22, 1917.)

APPEAL from a judgment entered November 19, 1914, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiff upon the verdict. Plaintiff alleged the making of a written contract, dated September 5, 1906, to furnish and install two gas engines, one gas producer and two triplex power pumps for defendant in its municipal water plant for $20,725, upon which there has been paid two payments amounting to $17,403.75, leaving unpaid $3,321.25. Additional work and materials, amounting to $222.04, are alleged to have been furnished. The answer, among other defenses, alleged that the said written contract was void under the provisions of the Labor Law, in that it violated sections 3 and 14 of said law, by omitting therefrom the stipulations and provisions required by said sections to be inserted in contracts of that character made with municipal corporations. It also set forth as a counterclaim the payment of the said sum of $17,403.75 by defendant upon said void contract, and a further claim for damages. Plaintiff in reply alleged that the furnish-

ing of the machinery was an extraordinary emergency within the provisions of said section 3 of the said law, and that having accepted the machines the defendant was estopped from asserting the invalidity of the contract.

*James O. Sebring* and *Justin V. Purcell* for appellant.

*Fred A. Robbins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, CUDDEBACK, HOGAN and MCLAUGHLIN, JJ. Dissenting: POUND, J. Not voting: HISCOCK, Ch. J., and CARDOZO, J.